"Mueller Company" 1/11/2023

To Whom it may concern i was terminated because I didn't want to give the company my blood. But then they said they termanied for points. Then i Recieved a letter in the mail saying that it was a involuntary or ~~reductio~~ reduction in hour's.

Gregeory Moore

Terminated for these Reason

FILED

JAN 1 8 2023

Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

**To All Mueller Employees**

The test you are about to take is NOT the COVID-19 Test

This is a screening to check your system for anti-bodies
Your body produces anti-bodies to defend against various infections such as the common cold, the flu, or various other reasons such as COVID-19
Anti-bodies may exist in your body long after you have successfully fought any number of various infections

**A Negative Test Result for Anti-Bodies**
A negative test result does not mean you are free of the COVID-19 virus
A negative test result only indicates that you have no trace of anti-bodies active in your system
A negative test result is a good indicator that your body is not fighting off the COVID-19 virus or any other infection
If you were exposed to the COVID-19 virus less than 14 days ago you may show negative anti-body test result because your body possibly has not begun to fight the virus

**A Positive Test Result for Anti-Bodies**
A positive test result does not mean you have the COVID-19 virus
A positive test result only demonstrates that you have anti-bodies active in your system that are fighting or have fought a past infection (cold, flu, COVID-19, or other)
If you test Positive, you will be sent to another location for the official COVID-19 lab test

*** the above statements are not considered official medical advice or guidance, but general information used by the company to conduct employee screening***




# LABORATORY SERVICE CENTER - PHYSICIAN SERVICES

2650 Executive Park, Suite 5 * Cleveland, TN 37312

Phone: (423) 479-9679 | Fax: (423) 559-9046

## *COVID-19 Rapid Antibody Results*

Employee ID: __3012769_____

Name: (Last)__Moorer_____     (First)__Gregory_____

Date of Birth: _____24-May-1968_____     Company Representative: **CHRISTY**

Antibody Markers Read within 20 min     Yes ___**X**_____     No _____

| *Antibody* | *NEGATIVE* | *POSITIVE* |
|:---:|:---:|:---:|
| **IgG** | | |
| **IgM** | | |

***THE COVID-19 RAPID QUICK TEST HAS LIMITATIONS AS A DIAGNOSTIC TOOL. THIS DEVICE CAN ONLY DETECT ANTIBODY MARKERS, GENERALLY AFTER 5-7 DAYS FROM CONTRACTING COVID-19. A NEGATIVE RESULT DOES NOT MEAN YOU ARE NOT CURRENTLY INFECTED. YOU MAY STILL BE A RISK TO OTHERS & MAY DEVELOP MORE SEVERE SYMPTOMS. A POSITIVE RESULT MAY ALSO INDICATE A PREVIOUS INFECTION.***

*CONSENT & ACKNOWLEDGMENT SECTION*

*EMPLOYEE SIGNATURE:* _____     *DATE:* _____

*Laboratory Service Center's (THE COMPANY) COVID-19 Rapid Test Device falls within the scope of the FDA guidance document issued on March 16, 2020 (https://www.fda.gov/media/135659/download) which allows such tests to be sold into the US market for professional use only at point-of-care sites. The COVID-19 IgG and IgM Rapid Test is designed to detect the antibodies that develop in the body following exposure to Coronavirus. Symptoms of COVID-19 are expected to appear 1-14 days following viral exposure. The company is required by law to provide the Purchaser with the following reporting requirements:*

*\*The Rapid Test Device has not been reviewed by the FDA.*
*\*Negative results do not rule out SARS-CoV-2 infection, particularly in those who have been in contact with the virus.*
*\*Results from antibody testing should not be used as the sole basis to diagnose or exclude SARS-CoV-2 infection or to inform infection status.*
*\*Positive results may be due to past or present infection with non-SARS-CoV-2 coronavirus strains, such as coronavirus HKU1, NL63, OC43, or 229E.*
*\*Follow-up testing with a molecular PCR lab test should be strongly considered to rule out a current infection.*

*The purchaser acknowledges that no test is 100% specific and 100% sensitive so while the purchaser may receive an initial negative result, the purchaser may still produce more acute symptoms in a matter of hours or days. Purchaser further acknowledges that a false negative result may be due to a lack of detection of the viral load and/or lack of accumulation of antibodies in its early stages. In either or both cases, the purchaser acknowledges a personal responsibility to seek immediate care if symptoms worsen with a medical professional or with the emergency department of a local hospital. If a rapid positive were to occur, the patient/donor is strongly encouraged to complete a confirmatory lab-based specimen collection for quantitative analysis. If the patient/donor is unable or unwilling to do so, we will ask the respective donor/patient to comply and participate in completion of a CDC persons under investigation (PUI) form.*

*I consent to the company's (Physician Services Drug & Alcohol Testing) use and disclosure of my protected health information, where necessary; to facilitate the coordination of care, meet all conditions of hire, comply with the terms of your current employment, and/or respond to specific legal or government requests. I may request a copy of the company's HIPAA Notice of Privacy Practices at any time. I acknowledge that this authorization may be revoked in writing, at any time, except to the extent that the company has already relied on this authorization.*



**District 9**

**Daniel Flippo**
District Director

**Mark Cochran**
Assistant to the Director

**Wesley Thompson**
Sub-District Director

May 19, 2020

Certified Mail No.: 7019 2970 0002 2201 9911
Return Receipt Requested

Greg Moorer
P. O. Box 22523
Chattanooga, TN 37422

Dear Greg Moorer:

I write in regards to the grievance concerning the termination of your employment from Mueller Company. The Union has now fully exhausted the grievance procedure, and the grievance has unfortunately been denied.

The Union has made a determination that the grievance lacks sufficient merit for the Union to prevail in an arbitration hearing. Therefore, the Union will not proceed to arbitrate this grievance, and will withdraw the grievance.

Sincerely,

Wesley Thompson

Wesley Thompson
Sub-District Director

WT:dc

cc:     Clifford Rucker, President, Local 03115
        File

United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union

460 Distribution Parkway, Collierville, TN 38017    404-372-6885    404-659-6553 (FAX)    www.usw.org



**UNITED STEELWORKERS**

**UNITY AND STRENGTH FOR WORKERS**

*I Never sign any paper's for a Grievance. I had one meeting after Terminating. that was it. this is the reason I contact the HRC.* *Gregory Moorer 9/27/2020*

**District 9**

**Daniel Flippo**
District Director

**Mark Cochran**
Assistant to the Director

**Wesley Thompson**
Sub-District Director

May 19, 2020

Certified Mail No.: 7019 2970 0002 2201 9911
Return Receipt Requested

Greg Moorer
P. O. Box 22523
Chattanooga, TN 37422

Dear Greg Moorer:

I write in regards to the grievance concerning the termination of your employment from Mueller Company. The Union has now fully exhausted the grievance procedure, and the grievance has unfortunately been denied.

The Union has made a determination that the grievance lacks sufficient merit for the Union to prevail in an arbitration hearing. Therefore, the Union will not proceed to arbitrate this grievance, and will withdraw the grievance.

Sincerely,

*Wesley Thompson*

Wesley Thompson
Sub-District Director

*at the first and only meeting. I told this man abut this paper.*

WT:dc

cc:     Clifford Rucker, President, Local 03115
        File

*Gregory Moorer 9/27/2020*



Payflex Systems USA, Inc.
Mueller Group, LLC
BENEFITS BILLING DEPARTMENT
P.O. BOX 953374
ST. LOUIS, MO 63195-3374
(888) 678-7835 (**TTY:711**)

June 23, 2021

Gregory Moorer
PO Box 22523
Chattanooga, TN 37421

Dear Gregory Moorer,

We have received your REQUEST FOR TREATMENT AS AN ASSISTANCE ELIGIBLE INDIVIDUAL form, seeking approval to receive the COBRA premium subsidy available through the American Rescue Plan Act (ARP).

Upon review, we have determined you are ineligible for the subsidy under ARP for the following reason(s):

To be eligible for the subsidy, you must be able to answer each statement with a YES.

Based on the above reason(s), your request to be treated as an Assistance Eligible Individual has been denied. If you have mistakenly answered the statement incorrectly please resubmit an updated form.

For group health plans sponsored by private-sector employers, guidance and other information is available on the DOL web site at https://www.dol.gov/cobra-subsidy.

If you have any questions, please contact our COBRA Department at (888) 678-7835 (**TTY:711**) Monday through Friday 7:00 am to 7:00 pm CT

Sincerely,

PayFlex Systems USA, INC

**COBRA Continuation Coverage Election Form (for individuals not currently on COBRA)**

**Instructions: To elect COBRA continuation coverage, complete this Election Form and return it to us. Under federal law, you have 60 days from the date of this notice to decide whether you want to elect COBRA continuation coverage under the Plan, unless you are entitled to additional time under a federal policy or program. For example, you may be entitled to more time because of a national emergency. However, if you fail to elect COBRA continuation coverage and the premium assistance 60 days from the date of this notice, you may be ineligible for the premium assistance and the additional COBRA election period under the ARP.**

**Send completed Election Form to: PayFlex Systems USA. Inc. Benefits Billing Dept. P.O. Box 953374 St. Louis, MO 63195-3374**

**This Election Form must be completed and accompanied by the "Request for Treatment as an Assistance Eligible Individual" form and returned by mail to the above address or via email to: PFX-ARPAMemberMail@aetna.com**

**If mailed, it must be post-marked no later than 60 days from the date of this notice.**

**If you don't submit a completed Election Form by the due date shown above, you may lose your right to elect COBRA continuation coverage. If you reject COBRA continuation coverage before the due date, you may change your mind as long as you submit a completed Election Form before the due date. Read the important information about your rights included in the pages after the Election Form.**

If you do not have your list of eligible coverages visit our website at www.payflex.com. You may also email us at: PFX-ARPAMemberMail@aetna.com or call (888) 678-7835.

Participant ID:   6273162

**Please Indicate your Effective date of COBRA Coverage**: _____
(Can only be April 1, 2021 or later)

I (We) elect COBRA continuation coverage in the **Mueller Group, LLC.** (the Plan) listed below:

| Name | Date of Birth | Relationship to Employee | SSN (or other identifier) |
|------|---------------|--------------------------|---------------------------|

a. _____

Coverage option elected:_____

b. _____

Coverage option elected: _____

c. _____

Coverage options elected: _____

_____          _____
Signature                                                            Date

_____          _____
Print Name                                                         Relationship to individual(s) listed above

_____          _____

_____          _____
Print Address     Telephone number

To apply for ARP Premium Assistance, complete this form and return it to PayFlex. If you have not yet elected COBRA continuation coverage, you may send this form along with your Election Form. If you do not complete this form and return it within 60 days of receipt, you may be unable to receive the premium assistance.

If you are already enrolled in COBRA, you may send this form in separately. If you choose to do so, send the completed "Request for Treatment as an Assistance Eligible Individual" to:

**PayFlex Systems USA Inc., Benefits Billing Department P.O. Box 953374 St. Louis, MO 63195-3374**

You may also want to read the important information about the rules for premium assistance included in the "Summary of the COBRA Premium Assistance Provisions Under the American Rescue Plan Act of 2021."

| | | |
|---|---|---|
| Mueller Group, LLC. 1200 ABERNATHY ROAD, NE SUITE 1200 ATLANTA, GA 30328 | **REQUEST FOR TREATMENT AS AN ASSISTANCE ELIGIBLE INDIVIDUAL** | Participant ID: 6273162 |

## PERSONAL INFORMATION

| **Name and mailing address of employee** (list any dependents on the back of this form) | **Telephone number** |
|---|---|
| | **E-mail address (optional)** |

### To qualify, you must be able to check 'Yes' for all statements.

| | |
|---|---|
| 1. The qualifying event was a loss of employment that was involuntary or a reduction in hours. | ☐ Yes ☐ No |
| 2. I elected (or am electing) COBRA continuation coverage. | ☐ Yes ☐ No |
| 3. I am NOT eligible for other group health plan coverage (or I was not eligible for other group health plan coverage during the period for which I am claiming premium assistance). | ☐ Yes ☐ No |
| 4. I am NOT eligible for Medicare (or I was not eligible for Medicare during the period for which I am claiming premium assistance). | ☐ Yes ☐ No |

**Please Indicate your Effective date of ARPA Subsidy:**
**(Can only be April 1, 2021 or later)** _____

**IMPORTANT NOTES:**

Already Enrolled in COBRA - You can either mail or Email this form "Request for Treatment as an Assistance Eligible individual" to the address noted above or via email to: PFX-ARPAMemberMail@aetna.com

If you are currently in your 60 day election period you can either mail or email this form to: PFX-ARPAMemberMail@aetna.com

Not Enrolled in COBRA – Mail in the COBRA Continuation Coverage Election Form along with this form "Request for Treatment as an Assistance Eligible Individual" to the address noted above.

*2nd letter*

I make an election to exercise my right to ARP premium assistance and attest that I meet the requirements for treatment as an Assistance Eligible Individual. To the best of my knowledge and belief all of the answers I have provided on this form are true and correct.

Signature → _____  Date → _____

Type or print name → _____  Relationship to employee → _____

## FOR EMPLOYER OR PLAN USE ONLY

This request is: ☐ Approved  ☐ Denied  Specify reason in #3 below and return a copy of this form to the applicant.

### REASON FOR DENIAL OF TREATMENT AS AN ASSISTANCE ELIGIBLE INDIVIDUAL

| | |
|---|---|
| 1. Loss of employment was voluntary. | ☐ |
| 2. Individual did not experience a reduction in hours. | ☐ |
| 3. Individual did not elect COBRA coverage. | ☐ |
| 4. Other (please explain) | ☐ |

Signature of employer, plan administrator, or other party responsible for COBRA administration for the Plan

→ _____  Date → _____

Type or print name → _____

Telephone number → _____  E-mail address → _____

**For Further Assistance, you may contact the Department of Labor's Employee Benefits Administration at 1-866-444-3272, or online at https://www.askebsa.dol.gov/WebIntake.**

## DEPENDENT INFORMATION (Parent or guardian should sign for minor children.)

Name          Date of Birth          Relationship to Employee          SSN (or other identifier)

a. _____

| | |
|---|---|
| 1. I elected (or am electing) COBRA continuation coverage. | ☐ Yes ☐ No |
| 2. I am NOT eligible for other group health plan coverage. | ☐ Yes ☐ No |
| 3. I am NOT eligible for Medicare. | ☐ Yes ☐ No |
| 4. The qualifying event was an involuntary termination or a reduction in hours. | ☐ Yes ☐ No |

I make an election to exercise my right to ARP premium assistance. To the best of my knowledge and belief all of the answers I have provided on this form are true and correct.

Signature → _____  Date → _____

Type or print name → _____  Relationship to employee → _____

4871

SilverRight's, HIPAA Vilation's                    5/4/20

My Name is Gregory Moorer.

I Started working at Mueller Compony.
On or about 7/20/2013. right to the point of
My Vilation's form the Compony. on April 13, 2020.
mueller Company sent out a text to all there
employee. that they were having a mandatory
Blood test done. on the job in there parking
lot. on the date of april 14, 15 of 2020. I
did not lean about the blood test until
the 15 of April. because the last day of work
was wed. the 8 april 2020. here are some
of my Vilation's the company have done
and I feel have Vilated My Silver Right's,
HIPAA Right's. making me come down to the
Campany. to do a blood test. Told me I couldn't
go to my Dr. to have the test done. I had to go
to there Dr. and told me they were going to
Sale my Results. Fired me under the Dr. Care.
Let me work 2½ days then Fired me. then
did not pay me the days I worked. I have
nothing but problem's after the first year's
working for this company. they have try twice
trying to get my medical Records.      Sell
                    Over          (423) 838-8762

This Company terminated me
because sign this paper to sell (didn't)
my medical Records

Dryoy Moore
PO Box 22523
Chatt, TN 37422

( 423*838—8762

PayFlex Systems USA, Inc. for
Mueller Group, LLC.
BENEFIT BILLING DEPARTMENT
P.O. BOX 953374
ST. LOUIS, MO 63195-3374
(800) 359-3921 **(TTY:711)**

May 27, 2021

GREGORY MOORER and Family, if applicable
P.O. BOX 22523
CHATTANOOGA, TN 37421

*If they didn't
do anything wrong
why did they offer
Insurance*

Dear GREGORY MOORER, and Family, if applicable

**This notice has important information about your new rights related to continued health care coverage in the Mueller Group, LLC. (the Plan).**

The American Rescue Plan Act of 2021 (ARP) provides temporary premium assistance for COBRA continuation coverage. Premium assistance is available to certain individuals who are eligible for COBRA continuation coverage due to a qualifying event that is a reduction in hours or an involuntary termination of employment. If you qualify for premium assistance, you do not need to pay any of the COBRA premium otherwise due to the plan for the months when you are eligible for premium assistance. This premium assistance is available from April 1, 2021 through September 30, 2021. If you choose to continue your COBRA continuation coverage beyond that date, you may have to pay the full COBRA premium amount due. However, when your premium assistance ends, you may qualify for a special enrollment period to enroll in coverage through the Health Insurance Marketplace[1] (see section on "other coverage options" below).

You are receiving this notice because you experienced a qualifying event that may have been a reduction in hours or an involuntary termination of employment and you have not reached the maximum period for your COBRA continuation coverage or did not elect COBRA continuation coverage when it was first offered.

To help determine whether you can get the ARP premium assistance, you should read this notice and the attached documents carefully. In particular, review the "Summary of the COBRA Premium Assistance Provisions under the American Rescue Plan of 2021" with details regarding eligibility, restrictions, and obligations and the "Request for Treatment as an Assistance Eligible Individual."

**If you believe you meet the criteria for the premium assistance, complete the "Request for Treatment as an Assistance Eligible Individual" form (provided in the Summary of COBRA Premium Assistance Provisions under the American Rescue Plan Act of 2021 as an attachment to this notice) and return it with your completed Election Form enclosed, or separately, if you are currently enrolled in COBRA continuation coverage.**

---

[1] Health Insurance Marketplace® is a registered service mark of the U.S. Department of Health & Human Services.

4863



### Section 1: "I do not have COBRA continuation coverage":

A. If I now elect COBRA continuation coverage when will my coverage begin and how long will the coverage last?

If elected, COBRA continuation coverage will begin on April 1, 2021 or the date indicated on your COBRA Qualifying Event election notice if after April 1st and can last until the end date indicated on your Qualifying Event election notice, previously received.

COBRA continuation coverage may end before your COBRA end date described above in certain circumstances, including for failure to pay premiums, for fraud, or if you become covered by another group health plan.

Note, due to the COVID-19 National Emergency, the Department of Labor, the Department of the Treasury, and the Internal Revenue Service issued a Notice of Extension of Certain Timeframes for Employee Benefit Plans, Participants, and Beneficiaries Affected by the COVID–19 Outbreak ("Joint Notice").[2] This notice provided relief for certain actions related to employee benefit plans required or permitted under Title I of ERISA and the Code, including the 60-day initial election period for COBRA continuation coverage. The Department of Labor's Employee Benefits Security Administration (EBSA) provided further guidance on this relief in EBSA Disaster Relief Notice 2021-01.[3] The extended deadline relief provided in the Joint Notice and Notice 2021-01 does not apply, however, to the 60-day election period related to COBRA premium assistance under the ARP. Potential Assistance Eligible Individuals therefore must elect COBRA continuation coverage within 60 days of the date of this notice or forfeit your right to elect COBRA continuation coverage with premium assistance.

However, a potential Assistance Eligible Individual has the choice of electing COBRA continuation coverage beginning April 1, 2021 or after (or beginning prospectively from the date of your qualifying event if your qualifying event is after April 1, 2021), or electing COBRA continuation coverage commencing from an earlier qualifying event if you are eligible to make that election, including under the extended time frames provided by the Joint Notice. The election period for COBRA continuation coverage with premium assistance does not cut off an individual's preexisting right to elect COBRA continuation coverage, including under the extended timeframes provided by the Joint Notice and EBSA Disaster Relief Notice 2021-01.

B. Can I now extend the length of COBRA continuation coverage?

If you now elect COBRA continuation coverage, you may be able to extend the length of COBRA continuation coverage if a qualified beneficiary is disabled, or if a second qualifying event occurs. You must notify **PayFlex Systems USA, Inc**. of a disability or a second qualifying event within a certain time period to extend the period of COBRA continuation coverage. If you don't provide notice of a disability or second qualifying event within the required time period, it will affect your right to extend the period of COBRA continuation coverage.

For more information about extending the length of COBRA continuation coverage visit https://www.dol.gov/sites/dolgov/files/EBSA/about-ebsa/our-activities/resource-center/publications/an-employees-guide-to-health-benefits-under-cobra.pdf

C. How much does COBRA continuation coverage now cost?

COBRA continuation coverage costs will be provided via your COBRA Billing statement once we receive your "Request for Treatment as an Assistance Eligible Individual" and "Election form". The ARP reduces the COBRA premium to zero for certain individuals. Premium assistance is available to certain individuals who are eligible for COBRA continuation coverage due to a qualifying event that is a reduction in hours or an involuntary termination of employment. If you qualify for premium assistance, you need not pay any of the COBRA premium otherwise due to the plan. This premium assistance is available from April 1, 2021 through September 30, 2021. If you choose to continue your COBRA continuation coverage beyond that date, you may have to pay the full amount due. See the attached "Summary of the COBRA Premium Assistance Provisions under the American Rescue Plan of 2021" for more details, restrictions, and obligations as well as the form to complete to establish eligibility.

---

[2] 85 FR 26351 (May 4, 2020).

[3] Available at https://www.dol.gov/sites/dolgov/files/ebsa/employers-and-advisers/plan-administration-and-compliance/disaster-relief/ebsa-disaster-relief-notice-2021-01.pdf.

*1st letter*

*Gregory Moorer*

**Use this form to notify your plan that you are eligible for other group health plan coverage or Medicare and therefore not eligible for premium assistance under the ARP.**

<u>Mail this form to:</u>  PayFlex Systems USA Inc., Benefits Billing Dept. PO Box 953374 St. Louis, MO 63195-3374

| | | |
|---|---|---|
| Mueller Group, LLC.<br>1200 ABERNATHY ROAD, NE<br>SUITE 1200<br>ATLANTA, GA 30328 | **Participant Notification** | Participant ID:<br><br>6273162 |

## PERSONAL INFORMATION

| **\*Name and mailing address** | **\*Telephone number** |
|---|---|
| | **\*E-mail address (optional)** |

## PREMIUM ASSISTANCE INELIGIBILITY INFORMATION – Check one

| | |
|---|---|
| I am eligible for coverage under another group health plan.<br>If any dependents are also eligible, include their names below.<br><br>Insert date you became eligible_____ | ☐ |
| I am eligible for Medicare.<br><br>Insert date you became eligible_____ | ☐ |

### IMPORTANT

**If you fail to notify your plan when you become eligible for other group health plan coverage or Medicare AND continue to receive COBRA premium assistance you may be subject to a penalty of $250 dollars (or if the failure is fraudulent, the greater of $250 or 110% of the amount of the premium assistance provided after termination of eligibility). You won't be subject to the penalty if your failure to notify the plan is due to reasonable cause and not due to willful neglect.**

**Eligibility for other coverage is determined regardless of whether you take or decline the other coverage.**

**However, eligibility for coverage does not include any time spent in a waiting period.**

To the best of my knowledge and belief all of the answers I have provided on this Form are true and correct.

Signature  → _____  Date  → _____

Type or print name  → _____

| If you are eligible for coverage under another group health plan and that plan covers dependents you must also list their names here: |
|---|
| _____ |
| _____ |

4873

*1st letter* *Gregory Moorer* 4865

If you qualify as an "Assistance Eligible Individual" this monthly premium cost will be zero from April 1, 2021 through September 30, 2021 and you do not have to send any payment with the election form.

**Section II**: I am currently enrolled in COBRA:                                                    6

A. How do I apply for premium assistance under the ARP program?

   If you believe you meet the criteria for premium assistance complete the enclosed Request for Treatment as an Assistance Eligible form and return it to the address indicated on the form.

B. Will I have to pay any premium if I am eligible for ARP premium assistance?

   If you qualify for premium assistance you need not pay any of the COBRA premium for your current benefits and dependents that meet the ARP eligibility requirements from April 1, 2021- September 30, 2021. You may be required to pay a premium for your current benefits and dependents that are not ARP eligible and you will receive billing notices if applicable.

**Are there other coverage options besides COBRA Continuation Coverage?**

Yes. There may be other coverage options for you and your family through the Health Insurance Marketplace®, Medicare, or other group health plan coverage options (such as a spouse's plan) through a special enrollment period. Additionally, you may apply for and, if eligible, enroll in Medicaid at any time. If you are not eligible for premium assistance under the ARP, some of these options may cost less than COBRA continuation coverage. If you are eligible for other group health plan coverage, such as through a new employer's plan or a spouse's plan (not including excepted benefits, a qualified small employer health reimbursement arrangement, or a health flexible spending arrangement), or if you are eligible for Medicare, you are not eligible for ARP premium assistance. However, if you have individual market health insurance coverage, like a plan through the Marketplace, or if you have Medicaid, you may be eligible for ARP premium assistance if you elect COBRA continuation coverage. Note, however, that you will not be eligible for a premium tax credit, or advance payments of the premium tax credit, for your Marketplace coverage for months that you are enrolled in COBRA continuation coverage and you may not be eligible for months during which you remain an employee but are eligible for COBRA continuation coverage with premium assistance because of a reduction in hours. If you're eligible for Medicare, consider signing up during its special enrollment period to avoid a coverage gap when your COBRA coverage ends and a late enrollment penalty.

You should compare your other coverage options with COBRA continuation coverage and choose the coverage that is best for you. For example, if you move to other coverage, you may pay more out of pocket than you would under COBRA, because the new coverage may impose a new deductible. Also, keep in mind that if you elect COBRA continuation coverage with premium assistance, then you may qualify for a special enrollment period to enroll in Marketplace coverage when your premium assistance ends. You may use the special enrollment period to enroll in Marketplace coverage with a tax credit if you end your COBRA continuation coverage when your premium assistance ends and you are otherwise eligible.

When you lose job-based health coverage, it's important that you choose carefully between COBRA continuation coverage and other coverage options, because once you've made your choice, it can be difficult or impossible to switch to another coverage option until the next available open enrollment period.

**For more information**

This notice doesn't fully describe COBRA continuation coverage or other rights under the Plan. More information about COBRA continuation coverage and your rights under the Plan is available in your summary plan description or from the Plan Administrator.

If you have questions about the information in this notice, your rights to coverage, contact:

**PayFlex Systems USA. Inc. Benefits Billing Dept. P.O. Box 953374 St. Louis, MO 63195-3374 or call (888) 678-7835.**

If you want a copy of your summary plan description, please contact your former employer.

4865

For more information about your rights under the Employee Retirement Income Security Act (ERISA), including COBRA, the Patient Protection and Affordable Care Act, and other laws affecting group health plans, visit the U.S. Department of Labor's EBSA website at https://www.dol.gov/agencies/ebsa, go to www.askebsa.dol.gov, or call their toll-free number at 1-866-444-3272. For more information about health insurance options available through the Health Insurance Marketplace®, and to locate an assister in your area who you can talk to about the different options, visit www.HealthCare.gov.

**Keep Your Plan Informed of Address Changes**

To protect your and your family's rights, still keep the Plan Administrator informed of any changes in your address and the addresses of family members. You should also still keep a copy of any notices you send to the Plan Administrator.

FORM NLRB-508
(4-19)

FORM EXEMPT UNDER 44 U.S.C 3512

UNITED STATES OF AMERICA
NATIONAL LABOR RELATIONS BOARD
**CHARGE AGAINST LABOR ORGANIZATION
OR ITS AGENTS**

| DO NOT WRITE IN THIS SPACE | |
|---|---|
| Case | Date Filed |

INSTRUCTIONS: File an original with NLRB Regional Director for the region in which the alleged unfair labor practice occurred or is occurring.

| 1. LABOR ORGANIZATION OR ITS AGENTS AGAINST WHICH CHARGE IS BROUGHT | | |
|---|---|---|
| a. Name United Steel Workers | | b. Union Representative to contact President of the Union. Clifford Ruck |
| c. Address (Street, city, state, and ZIP code) 60 Boulevard Of the Allies Pittsburgh Pa 15222 | d. Tel. No. | e. Cell No. (423) 320-1357 |
| | | f. Fax. No. |
| | | g. e-mail |

h. The above-named labor organization has engaged in and is engaging in unfair labor practices within the meaning of section 8(b) and (list subsections) _____ of the National Labor Relations Act, and these unfair labor practices are practices affecting commerce within the meaning of the Act, or these unfair labor practices affecting commerce within the meaning of the Act and the Postal Reorganization Act.

**2. Basis of the Charge** (set forth a clear and concise statement of the facts constituting the alleged unfair labor practices)

Terminate for not giving my blood to the Company. On there job Site. And the union never file a Grievance after Terminating me.

| 3. Name of Employer Mueller Company 1401 mueller Ave. Chattanooga TN 37406 | 4a. Tel. No. (423) 608-8811 | b. Cell No. | c. Fax No. |
|---|---|---|---|
| | d. e-mail | | |

| 5. Location of plant involved (street, city, state and ZIP code) 1401 mueller ave Chattanooga, TN 37406 | 6. Employer representative to contact President Of union Clifford Rucker (423) 320-1357 |
|---|---|

| 7. Type of establishment (factory, mine, wholesaler, etc.) foundry | 8. Identify principal product or service Grinder | 9. Number of workers employed 400 plus |
|---|---|---|

10. Full name of party filing charge Gregory Moorer

| 11. Address of party filing charge (street, city, state and ZIP code) P.O. Box 22523 Chattanooga, TN 37422 | 11a. Tel. No. | b. Cell No. (423)838-4762 | c. Fax No. |
|---|---|---|---|
| | d. e-mail moorer_Gregory@yahoo.com | | |

| **12. DECLARATION** I declare that I have read the above charge and that the statements are true to the best of my knowledge and belief. | Tel. No. |
|---|---|
| _Gregory Moore_ (signature of representative or person making charge)    Gregory Moorer (Print/type name and title or office, if any) | Cell No. (423)838-8762 Fax No. |
| Address P O Box 22523 Chatt, TN 37422  Date 9-27-20 | e-mail moorer_Gregory@yahoo |

**WILLFUL FALSE STATEMENTS ON THIS CHARGE CAN BE PUNISHED BY FINE AND IMPRISONMENT (U.S. CODE, TITLE 18, SECTION 1001)**
PRIVACY ACT STATEMENT

Solicitation of the information on this form is authorized by the National Labor Relations Act (NLRA), 29 U.S.C. § 151 et seq. The principal use of the information is to assist the National Labor Relations Board (NLRB) in processing unfair labor practice and related proceedings or litigation. The routine uses for the information are fully set forth in the Federal Register, 71 Fed. Reg. 74942-43 (Dec. 13, 2006). The NLRB will further explain these uses upon request. Disclosure of this information to the NLRB is voluntary; however, failure to supply the information may cause the NLRB to decline to invoke its processes.



**Type Report: Merit** _____ **Reprimand** ___X___ **Today's Date** ___4/22/2020___

**Employee Name:** ___Greg Moorer___ **Clock#** ___3012769___

**Rule Violated** ___2___ **Reason** ___Attendance Policy___

**Company Statement:**

| | | |
|---|---|---|
| 5/21/2019 | 6A | 0.5 |
| 5/29/2019 | 6A | 0.5 |
| 6/10/2019 | 6D | 0.5 |
| 7/1/2019 | 6A | 0.5 |
| 7/22/2019 | 1A | 1 |
| 10/22/2019 | | minus one point for Perfect Attendance |
| 11/4/2019 | 6A | 0.5 |
| 11/19/2019 | 6A | 0.5 |
| 12/2/2019 | 6A | 0.5 |
| 12/16/2019 | 6A | 0.5 |
| 3/10/2020 | 6A | 0.5 |
| 4/1/2020 | 6A | 0.5 |
| 4/7/2020 | 6A | 0.5 |
| 4/15/2020 | 1A | 1 |
| 4/16/2020 | 1A | 1 |

_Committeeman refused to sign the 2ic-itrip which they try to give me on the someday. Clifford Rucker said I could not filea grievance. Greven Moorer 4/27/20_

**Total Points: 7.5 points**

**Employee Response:** _____

**Action Taken** ___Final Warning___ **Date of Action** ___4/22/2020___

_[signature]_
**Supervisor**

_Refused_
**Employee**

_Refused_
**Committeeman**

_4-22-20_
**Date Signed**

STATE OF TENNESSEE

DEPARTMENT OF LABOR AND WORKFORCE DEVELOPMENT ■ DIVISION OF EMPLOY

# SEPARATION NOTICE

1. Employee's Name: Gregory _____ Moorer _____ 2. SSN _____
   *First* ___ *Middle Initial* ___ *Last*

3. Last Employed: From: 07/22/13 to 04/27/20    Occupation: Casting Finisher
   *(mm/dd/yy)* ___ *(mm/dd/yy)*

4. Where was work performed? Mueller Co. 1401 Mueller Ave. Chattanooga, TN. 37406

5. Reason for Separation: ☐ Lack of Work    ☑ Discharge    ☐ Quit

   If lack of work, indicate if layoff is ☐ Permanent    ☐ Temporary - Recall Date _____
   *(mm/dd/yy)*

   If <u>temporary</u>, report any vacation pay that will be paid.    Week Ending Date _____    Amount $ _____
   *(mm/dd/yy)*

   If layoff is <u>indefinite</u> vacation pay should not be reported.

6. Employee received: ☐ Wages in Lieu of Notice    ☐ Severance Pay

   In the amount of $ _____ for period from _____ to _____
   *(mm/dd/yy)* ___ *(mm/dd/yy)*

   If other than lack of work, explain the circumstances of this separation:

   Absenteeism

---

| Employer's Name: |
|---|

| Address where additional information may be obtained: | Employer's Telephone Number: |
|---|---|
| Mueller Co.<br>1401 Mueller Ave.<br>Chattanooga, TN. 37406 | (423) 698-8811 |
| | Employer's E-Mail Address: |

**Employer's Account Number:** 004-220    *(Number shown on State Quarterly Wage Report (LB-0851) and Premium Report (LB-0456)*

I certify that the above worker has been separated from work and the information furnished hereon is true and correct. **This report has been handed to or mailed to the worker.**

Signature of Official or Representative of the Employer who has first-hand knowledge of the separation

*Yvonne Weller*

Title of Person Signing: Human Resource Asst.

Date Completed and Released to Employee: 04/28/20
*(mm/dd/yy)*

## NOTICE TO EMPLOYER

Within 24 hours of the time of separation, you are required by Rule 0800-09-01 of the Tennessee Employment Security Law to provide the employee with this document, properly executed, giving the reasons for separation. If you subsequently receive a time sensitive request for separation information for the same information please give complete information in your response.

## NOTICE TO EMPLOYEE

**IF YOU ARE FILING A CLAIM FOR UNEMPLOYMENT INSURANCE BENEFITS <u>BY TELEPHONE OR INTERNET</u> YOU MAY BE INSTRUCTED TO MAIL OR FAX THE SEPARATION NOTICE TO THE TENNESSEE CLAIMS CENTER. IF YOU ARE FILING A CLAIM FOR UNEMPLOYMENT INSURANCE BENEFITS <u>IN-PERSON</u> PLEASE TAKE THIS NOTICE TO THE LABOR AND WORKFORCE DEVELOPMENT OFFICE.**

**UNITED STEELWORKERS**

# USW®

**District 9**
460 Distribution Parkway
Collierville, TN 38017



**CERTIFIED MAIL**

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7019 2970 0002 2201 9911



1000

37422

U.S. POSTAGE PAID
FCM LETTER
MEMPHIS, TN
38134
MAY 19, 20
AMOUNT
**$6.95**
R2305K136833-02

Greg. Moorer
PO Box 22523
Chattanooga, TN 37422

37422-252323

# Discrimination at Mueller Co.

My name is Gregory Moorer
I have been working for Mueller
Company for seven years start
date 7-20-2013 till 4-27-2020.
My first day at Mueller Company
in orientation me and another
white employee where the only
one in orientation besides
ms. Yvonne Whitlard ask me
how did you pass the test to
get this job. She never ask the
white employee the same thing.
I did not respond because I
needed the job. Moving on to the
next time discrimination took
place is when working for Dewayne
Campbell in the cleaning Room
Calling you boy putting his hands
in my face. I reported this to
personal. When we got up to
personnel Chris was the Human
Resource person. He ask me did
I like working at Mueller Company.
that was all that was said in

to the Supervisor which was
Dewayne Campbell. These are the
latest events that happened three
months ago. Which makes it (around
around sometime in march. we (3/2020)
have another supervisor name
Roger Ray who was over second
shift cleaning room he refers
calling his employees Sam Bo.
Moving on too the latest event
on or about some time in
Febuary while sitting in the cleaning
room office Joe Burchess son who
who is a Supervisor at Mueller
Company stated to Richard Hall
he did know I was in the room
meaning Gregory Moorer he said
When I was at my aunt house
in East Lake this six year old
Nigger boy. After he said that
I said what did you say then
he said nothing. So another employee
was in the office too his name
is Richard Hall. he said I said
Richard did you here that Richard
said yes. meg Im sorry 4man.

In closing this letter the Supervisor are calling people meaning African American boys on a daily basis.

Sincerly,
Gregory Moorer
6-4-20
*Gregory Moorer*
838-8762
(334) †384-3964

SilverRight's, HIPAA Vilation's                    5/4/20

My Name is Gregory Moorer.

   I started working at mueller Compony.
On or about 7/20/2013. right to the point of
My Vilation's form the Compony. on April 13, 2020.
mueller Company sent out a text to all there
employee. that they were having a mandatory
Blood test done. On the job in there parking
lot. On the date of april 14, 15 of 2020. I
did not lean about the blood test until
the 15 of April. because the last day of work
was wed. the 8 april 2020. here are some
of my Vilation's the company have done
and I feel have Vilated my Silver Right's,
HIPAA Right's. making me come down to the
Campany. to do a blood test. Told me I couldn't
go to my Dr. to have the test done. I had to go
to there Dr. and told me they were going to
sale my Results. Fired me under the Dr. Care.
Let me work 2½ days then Fired me. then
did not pay me the day's I worked. I have
nothing but problem's after the first year's
working for this company, they have try twice
trying to get my medical Records.        Cell
                    Over          (423) 838-8762



Mueller Co., LLC
1401 Mueller Avenue
Chattanooga, TN 37406

phone: 423-495-1273
muellercompany.com

**CERTIFIED MAIL**

April 27, 2020

Greg Moorer
1903 E. 27th Street
Chattanooga, TN  37407

Dear Mr. Moorer:

As you are aware, management conducted an investigation in reference to your violation of the Chattanooga Attendance Policy.   During the investigation you failed to provide us with supporting documentation to account for your absences, as such you are hereby terminated effective April 27, 2020.

Sincerely,

*Tracy McMahon*

Tracy McMahon
Human Resources Manager

cc:     Eric Birdwell
        Fred Bork
        Yvonne Weller
        Clifford Rucker

MUELLER® | ECHOLOGICS® | HYDRO GATE® | HYDRO-GUARD® | JONES® | MI.NET® | MILLIKEN® | PRATT® | SINGER® | U.S. PIPE VALVE AND HYDRANT

F 13119 10/18



**MUELLER**

Mueller Water Products
1401 Mueller Avenue
Chattanooga, TN 37406

CERTIFIED MAIL

7018 2290 0002 2593 1182

CHATTANOOGA
TN 373
28 APR '20
PM 11

FIRST-CLASS

PITNEY BOWES
US POSTAGE
$ 006.90⁰
02 1P
0002106873    APR 27 2020
MAILED FROM ZIP CODE 37406

Greg Moover
1903 E. 27th street
Chattanooga, TN 37407

37407-103803

STATE OF TENNESSEE

DEPARTMENT OF LABOR AND WORKFORCE DEVELOPMENT ■ DIVISION OF EMPLOY

# SEPARATION NOTICE

1. Employee's Name: Gregory _____ Moorer _____         2. SSN __ _____
   First         Middle Initial    Last

3. Last Employed: From: __07/22/13__ to __04/27/20__    Occupation: Casting Finisher _____
                    (mm/dd/yy)      (mm/dd/yy)

4. Where was work performed? Mueller Co. 1401 Mueller Ave. Chattanooga, TN. 37406 _____

5. Reason for Separation: ☐ Lack of Work      ☑ Discharge      ☐ Quit

   If lack of work, indicate if layoff is ☐ Permanent      ☐ Temporary – Recall Date _____
                                                                              (mm/dd/yy)

   If temporary, report any vacation pay that will be paid.   Week Ending Date _____      Amount $ _____
                                                                (mm/dd/yy)

   If layoff is indefinite vacation pay should not be reported.

6. Employee received: ☐ Wages in Lieu of Notice      ☐ Severance Pay

   In the amount of $ _____ for period from _____ to _____
                                              (mm/dd/yy)      (mm/dd/yy)

   If other than lack of work, explain the circumstances of this separation:

   Absenteeism

| Employer's Name: | |
| --- | --- |
| Address where additional information may be obtained:<br><br>Mueller Co.<br>1401 Mueller Ave.<br>Chattanooga, TN. 37406 | Employer's Telephone Number:<br><br>(423) 698-8811 |
| | Employer's E-Mail Address: |

Employer's Account Number: |  004-220  |   (Number shown on State Quarterly Wage Report (LB-0851) and Premium Report (LB-0456)

I certify that the above worker has been separated from work and the information furnished hereon is true and correct. **This report has been handed to or mailed to the worker.**

Signature of Official or Representative of the Employer        Title of Person Signing        Date Completed and Released to
who has first-hand knowledge of the separation                                               Employee

_Yvonne Weller_ _____        Human Resource Asst. _____        __04/28/20__
                                                                      (mm/dd/yy)

## NOTICE TO EMPLOYER

Within 24 hours of the time of separation, you are required by Rule 0800-09-01 of the Tennessee Employment Security Law to provide the employee with this document, properly executed, giving the reasons for separation. If you subsequently receive a time sensitive request for separation information for the same information please give complete information in your response.

## NOTICE TO EMPLOYEE

IF YOU ARE FILING A CLAIM FOR UNEMPLOYMENT INSURANCE BENEFITS BY TELEPHONE OR INTERNET YOU MAY BE INSTRUCTED TO MAIL OR FAX THE SEPARATION NOTICE TO THE TENNESSEE CLAIMS CENTER. IF YOU ARE FILING A CLAIM FOR UNEMPLOYMENT INSURANCE BENEFITS IN PERSON PLEASE TAKE THIS NOTICE TO THE LABOR AND

Case 1:23-cv-00017-TAV-SKL Document 23-19 Filed 11/13/23 Page 27 of 32 PageID #: 42



| Type Report: Merit | | Reprimand | X | Today's Date | 4/23/2020 |

| Employee Name: | Greg Moorer | | Clock# | 3012769 |

| Rule Violated | 2 | Reason | Attendance Policy |

**Company Statement:**

| | | |
|---|---|---|
| 5/21/2019 | 6A | 0.5 |
| 5/29/2019 | 6A | 0.5 |
| 6/10/2019 | 6D | 0.5 |
| 7/1/2019 | 6A | 0.5 |
| 7/22/2019 | 1A | 1 |
| 10/22/2019 | | minus one point for Perfect Attendance |
| 11/4/2019 | 6A | 0.5 |
| 11/13/2019 | 6A | 0.5 |
| 12/2/2019 | 6A | 0.5 |
| 12/16/2019 | 6A | 0.5 |
| 3/10/2020 | 6A | 0.5 |
| 4/1/2020 | 6A | 0.5 |
| 4/7/2020 | 6A | 0.5 |
| 4/15/2020 | 1A | 1 |
| 4/16/2020 | 1A | 1 |
| 4/20/2020 | 1A | 1 |
| 4/21/2020 | 1A | 1 |

*Still under doctor's care and still Recieved points on 4/20 – 4/21*

**Total Points:** 9.5 points

**Employee Response:**

Action Taken   Suspension Pending ~~Discharge~~   *Investigation AN*   *AN*   Date of Action   4/25/2020

*Fred Bork AN*
**Supervisor**

*RTS*
**Employee**

*Committeeman*

*4-25-20*
**Date Signed**



**Type Report: Merit** _____ **Reprimand** ___X___ **Today's Date** ___4/22/2020___

**Employee Name:** ___Greg Moorer___ **Clock#** ___3012769___

**Rule Violated** ___2___ **Reason** ___Attendance Policy___

**Company Statement:**

*2 write ups in the same Day*

| Date | Code | Points | |
|------|------|--------|---|
| 5/21/2019 | 6A | 0.5 | |
| 5/29/2019 | 6A | 0.5 | |
| 6/10/2019 | 6D | 0.5 | |
| 7/1/2019 | 6A | 0.5 | |
| 7/22/2019 | 1A | 1 | |
| 10/22/2019 | | minus one point for Perfect Attendance | |
| 11/4/2019 | 6A | 0.5 | |
| 11/19/2019 | 6A | 0.5 | |
| 12/2/2019 | 6A | 0.5 | |
| 12/16/2019 | 6A | 0.5 | |
| 3/10/2020 | 6A | 0.5 | |
| 4/1/2020 | 6A | 0.5 | |
| 4/7/2020 | 6A | 0.5 | |
| 4/14/2020 | 1A | 1 | |
| 4/15/2020 | 1A | 1 | |

**Total Points: 7.5 points**

**Employee Response:**

h **Action Taken** ___Final Warning___ **Date of Action** ___4/22/2020___

**Supervisor**

**Committeeman**
*Marchant Robinson*

*Refused*
**Employee**

*4/22/20*
**Date Signed**



**Type Report: Merit** _____ **Reprimand** X **Today's Date** 4/22/2020

**Employee Name:** Greg Moorer _____ **Clock#** 3012769

**Rule Violated** 2 **Reason** Attendance Policy

**Company Statement:**

*Union Committeeman refused to sign this write up After been wrote up for the same Thing.*

| | | |
|---|---|---|
| 5/21/2019 | 6A | 0.5 |
| 5/29/2019 | 6A | 0.5 |
| 6/10/2019 | 6D | 0.5 |
| 7/1/2019 | 6A | 0.5 |
| 7/22/2019 | 1A | 1 |
| 10/22/2019 | | minus one point for Perfect Attendance |
| 11/4/2019 | 6A | 0.5 |
| 11/19/2019 | 6A | 0.5 |
| 12/2/2019 | 6A | 0.5 |
| 12/16/2019 | 6A | 0.5 |
| 3/10/2020 | 6A | 0.5 |
| 4/1/2020 | 6A | 0.5 |
| 4/7/2020 | 6A | 0.5 |
| 4/15/2020 | 1A | 1 |
| 4/16/2020 | 1A | 1 |

**Total Points: 7.5 points**

**Employee Response:** _____

**Action Taken** Final Warning **Date of Action** 4/22/2020

_~~signature~~_ 
**Supervisor**

_Refused_ 
**Employee**

_Refused_ 
**Committeeman**

_4-22-20_ 
**Date Signed**



*Doctor's Excuse*

# PHYSICIANS CARE

**An Affiliate of Urgent Team**

4747 Hwy 58
Chattanooga       TN  37416-2231

Phone: (423) 834-9400
Fax: (423) 834-9401

www.urgentteam.com

## Excuse for Absenteeism

Date of Service: **4/17/2020**
Patient Name: **Gregory Moorer**

The above patient was seen in our clinic today for an injury/illness and was under the care of

  Kirk, Larry, PAC

This patient may return on the date and with any restrictions noted here:

  **14d quarantine pending test results for Covid 19, we have been getting these test results back in 3-4 days so if negative will give results to patient and can return to work at that time.**

Please feel free to call our office with any questions!



# PHYSICIANS CARE

*An Affiliate of Urgent Team*

Phone: 4238349400
Fax: 4238349401

www.urgentteam.com

## Excuse for Absenteeism

Date of Service: 4/21/2020
Patient Name: Gregory Moorer

The above patient was seen in our clinic today for an injury/illness and was under the care of

Terriest Haire NP

This patient may return on the date and with any restrictions noted here:

04/22/2020

Please feel free to call our office with any questions!